UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL FENTAHUN,<br><br>　　　　　　　Defendant. | NO. CR18-060-RAJ<br><br><br>ORDER OF FORFEITURE |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Order of Forfeiture seeking to forfeit to the United States the interest of the Defendant, Samuel Fentahun, in the following property:

- A judgment for a sum of money in the amount of $3,000, representing the proceeds the Defendant obtained as a result of the offenses charged in Counts 1 and 2 of the Indictment. The United States will request the Attorney General apply any amounts it collects towards satisfaction of this forfeited sum to the restitution that is ordered in this case.

The Court, having reviewed the papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The Defendant was charged by an Indictment that included a forfeiture allegation, providing notice that the United States was seeking, pursuant to 18 U.S.C. § 982(a)(2)(A), the forfeiture of property including, but not limited

Order of Forfeiture - 1
*United States v. Fentahun*, CR18-060-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to, a judgement for a sum of money representing the proceeds that the Defendant obtained as a result of the offenses described in Counts 1 and 2 of the Indictment, charging Bank Fraud in violation of 18 U.S.C. § 1344(1) and (2) (Dkt. No. 11, ¶¶ 1–7, 11–12);

- Pursuant to the Plea Agreement, the Defendant agreed to forfeit his interest in a sum of money of no more than $3,000, representing the proceeds the Defendant obtained as a result of the offenses charged in Counts 1 and 2 of the Indictment, to which he pleaded guilty (Dkt. No. 26, ¶¶ 1, 15);
- The evidence in the record, including information contained within the Plea Agreement, has established the requisite nexus between the above-described sum of money and the offenses of conviction, pursuant to Fed. R. Crim. P. 32.2(b)(1)(B); and
- No ancillary proceeding is required to the extent that the forfeiture consists of a judgment for a sum of money representing proceeds obtained as a result of the charged offenses, pursuant to Fed. R. Crim. P. 32.2(c)(1).

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 982(a)(2)(A), the Defendant's interest in the above-identified sum of money is fully and finally forfeited, in its entirety, to the United States;

2) No right, title, or interest in this sum of money exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this order will become final as to the Defendant at the time he is sentenced, it will be made part of the sentence, and it will be included in the judgment;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money in whole or in part, the United States may move to amend this order, at any time, to substitute property having a value not to exceed $3,000; and

Order of Forfeiture - 2
*United States v. Fentahun*, CR18-060-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5) The Court will retain jurisdiction in this case for the purpose of enforcing this order.

The Clerk of Court is DIRECTED to serve a copy of this order of forfeiture on all parties of record.

DATED this 25th day of September, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order of Forfeiture - 3
*United States v. Fentahun*, CR18-060-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970